DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANNMARIE BALCH** and **SHERMAN BALCH,**
Appellants,

v.

**JPMORGAN CHASE BANK, N.A.,**
Appellee.

No. 4D17-33

[August 10, 2017]

Appeal of non-final order from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; F. Shields McManus, Judge; L.T. Case No. 2009-CA-000566.

Annmarie Balch and Sherman Balch, Palm City, pro se.

William D. Mueller, Elliot B. Kula and W. Aaron Daniel of Kula & Associates, P.A., Miami, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***